FILED30 MAY '23 11:04USDC-ORP

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of Oregon

Portland Division

(HUMAN BEING)
LeAndrew-Laronn: Menefee™©®
Secured Party Creditor, A.R. 1-207
"without prejudice"
LEANDREW-LARONN: MENEFEE™©®
-Fiction

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

WASHINGTON COUNTY JAIL
TIGARD POLICE DEPARTMENT
WASHINGTON COUNTY COURTHOUSE

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. **3:23-cv-00785-SI**
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

**Form 39.010**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: LeAndrew-Laronni: Menefee™ ©
   All other names by which you have been known: SECURED PARTY CREDITOR, Authorized Representative, Living Breathing, Flesh and Blood, MAN
   ID Number: 1199615.
   Current Institution: Oregon State Department
   Address: 2605 STATE STREET
   Salem, O.R. 97310
   *City      State      Zip Code*

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Washington County Jail
   Job or Title *(if known)*: Sheriff, Capt, Corp, Luitenants, Deputies
   Shield Number: ?  ?  ?  ?  ?
   Employer: STATE OF OREGON
   Address: 215 S.W. Adams Ave
   Hillsboro, O.R. 97123
   *City      State      Zip Code*
   [ ] Individual capacity   [X] Official capacity

   Defendant No. 2
   Name: Tigard Police Department
   Job or Title *(if known)*: 13125 SW. Hall Blvd
   Shield Number: Tigard, O.R. 97223
   Employer: Notice to Agent, Notice to Principal
   Address: Chief, Capt, Luitenants, Sargeants.
   Tigard, O.R. 97223
   *City      State      Zip Code*
   [ ] Individual capacity   [X] Official capacity

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name               Washington County Courthouse
  Job or Title *(if known)*   150 N 1st Ave MS 37
  Shield Number      Hillsboro, O.R. 97124
  Employer
  Address

  _____  _____  _____
       City            State         Zip Code
  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  _____  _____  _____
       City            State         Zip Code
  ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

     ☐ Federal officials (a *Bivens* claim)

     ☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Third Amendment, Fourth Amendment, Eighth Amendment

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. The defendant's FULLY understood that they were going to harm, Kidnapp, and cause severe mental anguish, under color of law. The misrepresentation, threat, coercion, causing Bodily irrepearable harm, and severe Mental Anguish, pain and suffering.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☒ Other *(explain)* Plea under Threat, Coercion & Extreeme Duress

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. On March 27th, 2023, Plaintiff was forced, threatened with death, and extreeme bodily harm, by TIGARD POLICE OFFICERS, Detained without warrant or evidence of crime. Tigard police acted wrongfully, intentionally & knowingly IN-Breach of Contract. With the intent, to HARM or Kill, Then Contracted me to Washington County Jail.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. On March 28th Plaintiff was treated as a slave and property when Tigard police, sub contracted with WASHINGTON COUNTY JAIL BY THREAT COERCION, put under Extreeme Duress Causing Bodily harm, Extreeme SEVEERE EMOTIONAL/MENTAL ANGUISH, pain and suffering, causing IRREPEARABLE HARM.

C. What date and approximate time did the events giving rise to your claim(s) occur?

March 27th, 2023 @ approximately 9:30-10:30 PM
March 28th, 2023 @ approximately 2:00-7:00 AM

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff, certified Mailed, Notice of Understanding and Intent & Claim of Right to Tigard Police Dept and Washington County Jail, Also Washington County Courthouse. Tigard Police was sent Notice on: 10/20/202, Washington County Jail was sent Notice & Copyright Notice on: 9/21/2020, Washington County Court Clerk: 8/19/2020. All of Plaintiff's documents, notices, CopyRight claims were witnessed and Notorized By Washington County Jail Notary's. Highest Judicial officers, and Highest Witness, commissioned by Secretary of State.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. The pain and suffering is IRREPEARABLE! NERVE DAMAGE IN MY WRISTS FROM HAND CUFFS BEING TO TIGHT. SEVERE MENTAL ANGUISH FROM CONSTANT THREATS AND COERCION. Plaintiff Takes Hydroxzeen For Depression/Anxiety. HAS ONLY TAKEN IT, AND STARTED TAKING It to deal with the intentional treatment of Tigard Police and Washington County Jail. Further Harm is DONE EVERYDAY. P.T.S.D. Past Tramatic Stress Disorder, Irrepearable Harm, From intentional Negligense By officers and Deputies.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Plaintiff is being Caused Damages EVERYDAY - FORCED TO SLEEP ON Concrete OR Steel Because of the coercion and threats. Defendant's are harbingers of Deadly weaponry. i.e. Guns, Peper Spray, Solitary Confinement, Mal Nutrition meals. For violations of Third, Fourth and Eighth Amendment plaintiff is seeking 20,000,000.00 FOR Irrepearable Harm-SEVERE MENTAL ANGUISH, Pain & Suffering, and punative Damages is in Excess of 8,000,000.00 Million. in Gold Species. Convertable @ equal amount in U.S. Dollars

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☒ Do not know

*This was an intentional Body & Mental BEATING DOWN — FORCED SLAVERY — Knowingly by defendants*

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   *N/A*

2. What did you claim in your grievance?

   *N/A*

3. What was the result, if any?

   *N/A*

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   *N/A*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   Notice to Agent, Notice to principle. Service upon one, is service upon All. The Dates of Certified mail & Witnessed by Notary were previously mentioned. Defendants were ESTOPPED.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   N/A

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* Copies of Certified Mail Documents that are Notarized (witnessed), and were sent out on previous Dates ARE ATTACHED.

VIII. **Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).   IRREPEARABLE HARM.

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? NO.

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

**Form 39.010**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/23/2023

Signature of Plaintiff: BY: LeAndrew Laronn: Menefee TM © ® "without prejudice" 1-207  Attorney-IN-Fact

Printed Name of Plaintiff: LeAndrew Laronn: Menefee TM © ®

Prison Identification #: 1199 6115

Prison Address: 2605 STATE ST.
Salem, O.R. 97310

### B. For Attorneys

— future address — Washington County Jail
215 SW Adams Ave
Hillsboro, O.R. 97213

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City _____ State _____ Zip Code _____
Telephone Number: _____
E-mail Address: _____

Form 39.010

**Certificate of Readiness**
This proposed order is ready for judicial signature because service is not required under UTCR 5.100 because this order is submitted **ex parte** as allowed by statute or rule

Submitted by: ☒ plaintiff/petitioner ☐ defendant/respondent ☐ other: _____

By: /s/ LeAndrew-Laronn: Menefee ™©
Signature

LeAndrew-Laronn: Menefee
Print Name

I understand that I am subject to penalty for perjury for giving false information to the court. I believe all factual information in this Order is true. I understand that this Order is enforceable by the court.

05/23/2023
Date

By: /s/ LeAndrew Laronn: Menefee ™©  "without prejudice" 1-207
Signature

LeAndrew-Laronn: Menefee
Name (printed)

Washington County Jail
215 S.W. Adams Ave
Contact Address

Hillsboro, O.R. 97213
City, State, ZIP

503-268-7973
Contact Phone

LE
SID #11966115
OREGON STATE PENITENTIARY
2605 STATE ST.
SALEM, OR 97310

quadient                    FIRST-CLASS MAIL
05/25/2023
US POSTAGE $002.22⁰

ZIP 97310
041M11470048

U.S DISTRICT COURT
1000 SW AVE #740
PORTLAND, OR 97204

O.S.P. Legal Library
Legal Mail
Contraband In Any Cell